DARRIUS SHANNON
Name

47145-044
Prison Identification/Booking No.

MCFP SPRINGFIELD
ADDRESS or PLACE OF CONFINEMENT

*Note:* *If represented by an attorney; his name, address & telephone number.*

*Note:* It is your responsibility to notify the Clerk of Court in writing of any change of address.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

DARRIUS SHANNON
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

E. WILLIAMS
NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

CASE No. _____
To be supplied by the Clerk of the United States District Court

CASE No. 4:17CR000538 CDP
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by *the petitioner, under pe*nalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of *a mate*rial fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No.9.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

When the petition is completed, the original and 3 copies, must be mailed to the Clerk of the United States District Court for the Western District of Missouri, Charles Evans Whittaker United States Courthouse, 400 E. 9th Street, Kansas City, Missouri 64106, ATTENTION: Prisoner Pro Se Office.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. _____ a conviction.

2. _____ a sentence.

3. _____ jail or prison conditions.

4. \_\_\_\_XX_____ prison discipline.

5. _____ a parole problem.

6. _____ other.

-2-

Case 6:24-cv-03032-BP   Document 1   Filed 01/26/24   Page 2 of 8

PETITION

1. Place of detention __MCFP SPRINGFIELD__

2. Name and location of court which imposed sentence __MISSOURI, EASTERN DISTRICT__

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

    (a) __21:846 SEC 841-851 ATTEMPT, 21:846, 21:(A),(1), & 21:841(B)(1)(C) CONSPIRACY TO__

    (b) __DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN (CT 1). 18:924(c)(1)(A)(I)__

    (c) __POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (CT2)__

4. The date upon which sentence was imposed and the terms of the sentence:

    (a) __9/25/2018, 84 MONTHS, 3 YEARS SUPERVISED RELEASE__

    (b) _____

    (c) _____

5. Check whether a finding of guilty was made:

    (a) After a plea of guilty __XX__

    (b) After a plea of not guilty _____

    (c) After a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:

    (a) a jury _____

    (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

    ( ) YES    (XX) NO

8. If you did appeal, give the following information for each appeal:

    a. (1) Name of court __N/A__

    (2) Result __N/A__

    (3) Date of result __N/A__

    (4) Citation or number of opinion __N/A__

    (5) Grounds raised (list each)

    N/A

-3-

(a) __N/A__

(b) __N/A__

(c) __N/A__

(d) __N/A__

b. (1) Name of court __N/A__

(2) Result __N/A__

(3) Date of result __N/A__

(4) Citation or number of opinion __N/A__

(5) Grounds raised (list each)

(a) __N/A__

(b) __N/A__

(c) __N/A__

(d) __N/A__

CAUTION: If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered the judgment.

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

a. Ground one __THE DHO ABUSED ITS DISCRETION WHERE IT BROADEN THE STANDARD IN PROGRAM STATEMENT 60.60. TO INCLUDE REQUIREMENTS THAT WAS NOT ENUMERATED IN SAID PROGRAM STATEMENT__

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION: You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.

I PROVIDED TWO URINE SAMPLES WITHIN THE ALLOTTED TWO HOUR WINDOW. HOWEVER, THE STAFF MEMBER THAT INITIATED THE URINE ANALYSIS REFUSED TO ACCEPT THE FIRST SAMPLE. FORTUNATELY, L.T JOHNS DID ACCEPT THE SECOND URINE SAMPLE WELL WITHIN THE ALLOTTED TWO HOUR WINDOW AND IT WAS CLEAN. NEVERTHELESS, THE DHO FOUND ME GUILTY BY BROADENING THE REQUIREMENTS/ELEMENTS OF SAID PROGRAM STATEMENT TO INCLUDE THAT THE SAMPLE MUST BE GIVEN TO THE INITIATING STAFF MEMBER. AS SUCH, THE DHO VIOLATED MY RIGHT TO DUE PROCESS.

Case 6:24-cv-03032-BP   Document 1   Filed 01/26/24   Page 4 of 8

b. Ground Two ___N/A___

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).
___N/A___

c. Ground Three ___N/A___

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).
___N/A___

d. Ground Four ___N/A___

Supporting FACTS (Tell you story BRIEFLY without citing cases or law). ___N/A___

_____
_____
_____
_____
_____
_____
_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

(XX) Yes    ( ) No

11. If your answer to Question No. 10 was yes, give the following information:

a. (1) Name of Court __FEDERAL BUREAU OF PRISONS__

(2) Nature of proceeding __ADMINISTRATIVE REMEDY__

(3) Grounds raised __THE DHO ABUSED ITS DISCRETION WHERE IT BROADEN THE STANDARD IN PROGRAM STATEMENT 60.60 TO INCLUDE THE REQUIREMENT THAT THE INMATE MUST PROVIDE THE THE URINE SAMPLE IN THE ALLOTTED TIME FRAME TO THE STAFF MEMBER THAT INITIATED THE URINE ANALYSIS.__

(4) Result __DENIED__

(5) Date of result __12/11/2023__

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

__ADMINISTRATIVE REMEDY NO. 117160-A1__

b. (1) Name of Court __N/A__

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

(4) Result __N/A__

(5) Date of result __N/A__

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

__N/A__

12. If you did not file a motion under Section 2255 of Title 27\8, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

SECTION 2255 IS INADEQUATE BECAUSE PETITIONER IS CHALLENGING PRISON DISCIPLINE.

13. Are you presently represented by counsel? ( ) Yes (XX) No

If so, name, address and telephone number  N/A

Case name and court  N/A

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

( ) Yes  (XX) No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

N/A
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 1/12/2024
(Date)

*Darrius Shannon*
Signature of Petitioner
DARRIUS SHANNON

DARRIUS SHANNON
REG. NO.: 47145-044
MEDICAL CENTER FOR FEDERAL PRISONERS
P.O. BOX 4000
SPRINGFIELD, MO 65801

RECEIVED
2024 JAN 26 PM 12:50
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
UNITED STATES COURTHOUSE
400 E. 9TH STREET
KANSAS CITY, MISSOURI 64106
ATTENTION: PRISONER PRO SE OFFICE

SCREENED BY
U.S. MARSHALS

